UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MARRON, | Case No. CV 08-7604-DDP (RNB) |
| Petitioner, | |
| vs. | ORDER TO SHOW CAUSE |
| FRANCISCO JACQUEZ, WARDEN, | |
| Respondent. | |

    It appears from the California Appellate Courts website that the Court of Appeal denied petitioner's habeas petition on October 29, 2009. Although the denial apparently was without prejudice to petitioner's filing of a new petition in the Court of Appeal, petitioner has not done so in the ensuing four months. Nor did he file a habeas petition in the California Supreme Court within thirty (30) days of the Court of Appeal denial, as required by the Court's January 22, 2009 Order, or seek relief from complying with the requirements of that Order.

    Based on petitioner's noncompliance with the Court's January 22, 2009 Order and the fact that petitioner does not currently have a habeas petition pending in the state courts, petitioner is ORDERED to show cause, in writing, on or before April 9, 2010, why the Court should not (a) lift the stay, and (b) recommend to the District Judge that this action be dismissed without prejudice for failure to exhaust state

remedies unless petitioner voluntarily withdraws Grounds Two through Eight of the Petition and elects to go forward solely on his one exhausted claim (i.e., Ground One).

DATED: March 10, 2010

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE