I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 8/19/2010

DEPUTY CLERK

JS6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 19 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MARRON,<br><br>Petitioner,<br><br>vs.<br><br>FRANCISCO JACQUEZ, Warden,<br><br>Respondent. | Case No. CV 08-7604-DDP (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to exhaust state remedies.

DATED: August 17, 2010

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE